UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMERICAN EMPIRE SURPLUS
LINES INSURANCE COMPANY,

                    Plaintiff,

v.

                **ORDER**
                18-CV-6384 (WFK)(ST)

B & B IRON WORKS CORPORATION,

                    Defendant.
-------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 19, 2022, the Honorable Magistrate Judge Steven Tiscione issued a Report and Recommendation ("R&R") recommending Plaintiff be awarded $500,516.00 in damages representing unpaid premiums, together with prejudgment interest on that award at a rate of 9% per annum from August 21, 2018 until the date of judgment, and that Plaintiff be denied an award of attorney's fees. *See* ECF No. 55.

The parties did not file any objections to the R&R, which were due by Friday, September 2, 2022. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and therefore adopts the R&R in its entirety. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 46.

                                                    SO ORDERED.

                                                    s/ **WFK**

                                        HON. WILLIAM F. KUNTZ, II
                                        UNITED STATES DISTRICT JUDGE

Dated: September 6, 2022
       Brooklyn, New York